E-FILED
Wednesday, 20 June, 2018 11:42:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 5-14-18

Name: Michael Houston

Case Number: ______ ☒ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☒ Motion / Petition MOTION TO APPOINT COUNSEL

☐ Response / Reply

☒ Other (Specify) 1983 CIVIL RIGHTS COMPLAINT

Title of Pleading: ______
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 11p

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Michael Houston,

Plaintiff

vs.

Rushville Il. Post Office
United States Postal Service
U.S. Postal Inspector Shari Rowe
U.S. Deputy Inspector General Antoinette Kwateng
Margaret A. Hickey

Other Defendants will be named upon learning of their responsibility, or personal involvement.

Defendant(s)

Case No. ____________
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: N/A

☐ Unknown ____________

---

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. (You mat assert a different jurisdiction basis, if appropriate).

## II. PARTIES

A. Plaintiff:

Full Name: Michael Houston

Prison Identification Number: 906029

Current Address: Department of Human Services
17019 County Farm Rd. Rushville IL. 62681

For additional plaintiffs, provide the information in the same format on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete and separate filing fee.

B. Defendants

Defendant #1:

Full Name: Rushville Post Office

Current Job Title: Postal Service

Current Work Address: 101 E. Washington St.
Rushville IL.

Defendant #2:

Full Name Shari Rowe

Current Job Tile: U.S. Postal Inspector

Current Work Address: P.O. Box 54
Springfield IL. 62705-0054

Defendant #3:

Full Name: Margaret A. Hickey

Current Job Title: Executive Inspector General

Current Work Address: 69 W. Washington St.

Suite 3400 Chicago Illinois 60602

Defendant #4:

Full Name: Antoinette A. Kwateng

Current Job Title: Deputy Inspector General Complaints & Compliance Division

Current Work Address: ______

69 west Washington St. Suite 3400 – Chicago IL 60602

Defendant #5:

Full Name: ______

Current Job Title: ______

Current Work Address: ______

______

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915 (g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? yes___ No X

If yes, please describe ______

______

B. Have you brought any other lawsuits in federal court while incarcerated? Yes___ No X

C. If your answer to B is yes, how many? _______ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

_______________________________________________

2. Basic claim made _______________________________________________

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _______________________________________________

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not _______________________________________________

_______________________________________________

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Rushville IL.

Date(s) of the occurrence August 12. 2016

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Twice A year residents here at Rushville T.D.F. are allowed to receive care packages from family-friends etc. On August 10. 2016 my family in Tuscaloosa Ala Mailed me food and electronics and clothing. that had been previously approved by the security here. To be send to me for my summer package. However once the package arrived here at the post office in Rushville IL. Some one had it turned around without my consent. I did not have knowledge that the package had arrived.

After several inquiries to the grievance examiner, I was informed that someone had my package turned around and send to a post office somewhere in Chicago IL. After several inquiries to the post office IN Rushville IL. in order to have the package returned to the sender if needed, I got no reply.

I was informed by the post office general that my package was somewhere in a post office in Chicago IL.

I don't know who had my package send to Chicago IL. or why, and no one has provided me with any answers, not the post office nor this facility. I am missing approximately Four hundred and fifty dollars in food and other merchandise.

I am suing both the security here at this facility, and the United States Postal Service. Because I was not informed that my mail had arrived, and turn away, will not be delivered. and I did not authorize any one to tamper with my mailing address. And the United States Postal Service because I don't know why my mail was send to an unknown address or who is responsible for directing my package to be send to Chicago and not return to the sender.

RELIEF REQUESTED

(State what relief you want from the court.)

The return of all property lost by the defendants, or the financial compensation of $450.00
Punitive damage in the amount double that of the cost of property because the defendents knew that they were not suppose to tamper with the plaintiff mailing address without his knowledge and consent.

JURY DEMAND Yes ☐ No ☒

Signed this Michael Houston day of 5-9-, 2018.

Michael Houston
(Signature of Plaintiff)

| Name of Plaintiff: Michael Houston | Inmate Identification Number: 906029 |
|---|---|
| Address: 17019 County Farm Rd. Rushville IL. 62681-4042 | Telephone Number: 217-322-3204 |